No. 04-00-00351-CR



Herbert BEDFORD,


Appellant



v.



The STATE of Texas,


Appellee



From the 226th Judicial District Court, Bexar County, Texas


Trial Court No. 2000-CR-0887


Honorable Sid L. Harle, Judge Presiding



PER CURIAM


Sitting: Paul W. Green, Justice

 Sarah B. Duncan, Justice

 Karen Angelini, Justice

 

Delivered and filed: September 13, 2000 


MOTION TO DISMISS GRANTED; APPEAL DISMISSED


 Appellant filed a motion to dismiss this appeal, co-signed by his counsel in
compliance with Tex. R. App. P. 42.2(a). The motion is granted. The appeal is dismissed. See
Tex. R. App. P. 42.2(a). Our mandate may be issued early upon proper motion. See Tex. R.
App. P. 18.1(c).

 PER CURIAM

DO NOT PUBLISH